William J. Honan (WJH 1922)
Christopher R. Nolan (CRN 4438)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
DOLPHIN DRILLING LTD.




UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOLPHIN DRILLING LTD.,

    Plaintiff,

-against-

EQUATOR EXPLORATION LTD.,

    Defendant.

MAY 17 2007

07 Civ. _____ ( ___ )

**CORPORATE DISCLOSURE
STATEMENT IN ACCORDANCE
WITH RULE 7.1 OF THE FEDERAL
RULES OF CIVIL PROCEDURE**

    I, Christopher R. Nolan, attorney for Plaintiff Dolphin Drilling Ltd., having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    Neither Dolphin Drilling Ltd., nor its direct parent company are publicly traded, but the ultimate parent of Dolphin Drilling Ltd., Fred Olsen Energy ASA, is publicly traded on the Oslo, Norway Stock Exchange.

Dated: New York, New York
       May 16, 2007

                            HOLLAND & KNIGHT LLP

                 By: _____
                            William J. Honan (WJH 1922)
                            Christopher R. Nolan (CRN 4438)
                            195 Broadway
                            New York, NY 10007-3189
                            Tel: (212) 513-3200
                            Fax: (212) 385-9010
                            *Attorneys for Plaintiff*

# 4548508_v1