07 CV 3854

William J. Honan (WJH 1922)
Christopher R. Nolan (CRN 4438)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

JUDGE HOLWELL

ATTORNEYS FOR PLAINTIFF
DOLPHIN DRILLING LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOLPHIN DRILLING LTD.,

                        Plaintiff,

        -against-

EQUATOR EXPLORATION LTD.,

                        Defendant.

07 Civ. _____

**AFFIDAVIT IN SUPPORT
OF REQUEST FOR AN
ORDER APPOINTING
PERSONS TO
SERVE PROCESS**

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK       )

        Christopher R. Nolan, being duly sworn, deposes and says:

        1.    I am associated with the firm of Holland & Knight LLP, attorneys for plaintiff

Dolphin Drilling Ltd. ("Plaintiff"), and I am duly admitted to practice before the United States

District Court for the Southern District of New York. I am fully familiar with all the facts in the

above case.

2.     This affidavit is made in support of Plaintiff's application for an Order to appoint Elvin Ramos and/or Rudy D. Green and/or Jerome Wills and/or Willis Vargas and/or Rapid and Reliable Attorney Service, individuals or representatives of whom are all over 18 years of age and are not a party to or an attorney in this action, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the Garnishees.

3.     The granting of this request will result in a material savings in process and travel expenses.

**WHEREFORE**, it is respectfully requested that the Order be granted appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, a person from Rapid and Reliable Attorney Service, or any one of them to serve process in this matter upon the above named defendant and the garnishees.

_____
Christopher R. Nolan

Sworn to before me this
16th day of May, 2007

_____
Notary Public

# 4549072_v1

**WALLIS BETH KARPF**
**Notary Public, State Of New York**
**No. 01KA6047092**
**Qualified In New York County**
**Commission Expires August 28, 20 _10_**

2