CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Société Générale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
DOLPHIN DRILLING LTD.,                          :
                                                :
                        Plaintiff,              :        **07-CV-3854**
                                                :
                v.                              :
                                                :        **NOTICE OF**
EQUATOR EXPLORATION LTD.,                       :        **APPEARANCE**
                                                :
                        Defendant.              :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Société Générale New York Branch.  I certify that I am admitted to practice before this Honorable Court.


Dated:  North Bergen, New Jersey
        June 6, 2007

                                        CLARK, ATCHESON & REISERT
                                        Attorneys for Garnishee
                                        Société Générale New York Branch


                                By:     _____
                                        Richard J. Reisert (RR-7118)
                                        7800 River Road
                                        North Bergen, NJ  07047
                                        Tel: (201) 537-1200
                                        Fax: (201) 537-1201
                                        Email:  reisert@navlaw.com