William J. Honan (WJH 1922)
Christopher R. Nolan (CRN 4438)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> **DOC #:** _____
> **DATE FILED:** 6/12/07

ATTORNEYS FOR PLAINTIFF
DOLPHIN DRILLING LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOLPHIN DRILLING LTD.,

      Plaintiff,                              07 Civ. 3854 (RJH)

      -against-                               **ORDER**

EQUATOR EXPLORATION LTD.,

      Defendant.

Upon the application of Plaintiff Dolphin Drilling Ltd., it is hereby **ORDERED**:

That funds of Defendant Equator Exploration Ltd. in the amount of $1,500,000.00, restrained by JP Morgan Chase on or about June 4, 2007 pursuant to the Process of Maritime Attachment and Garnishment served in this action, be released forthwith.

Dated: New York, New York

    June 11, 2007

                    Honorable Richard J. Holwell
                    United States District Judge