UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08
```

DOLPHIN DRILLING LTD.,

                Plaintiff,

-against-

EQUATOR EXPLORATION LTD.,

                Defendant.

07 Civ. 3854 (RJH)

**ORDER**

      By Order dated May 17, 2007, the Court granted the application of plaintiff Dolphin Drilling Ltd. authorizing a Maritime Attachment and Garnishment as to defendant(s) herein. By Order dated June 12, 2007, the Court ordered the release of $1,500,000 restrained by JP Morgan Chase pursuant to the Process of Maritime Attachment and Garnishment in this action. A review of the Docket Sheet for the action and the Court's records indicates no further entry in the public file, no correspondence with the Court, and no other proceedings since the June 12, 2007 Order. Accordingly, it is hereby:

      **ORDERED** that plaintiff inform the Court by March 14, 2008, as to the status of this matter, whether any further proceedings have occurred or are contemplated, and whether any reason exists for maintaining the action listed on the Court's docket of active cases or whether the action should be placed on the Court's suspense docket; and it is further

      **ORDERED** that in the event no timely response to this Order is received, the Court may dismiss the action for lack of prosecution.

SO ORDERED.

Dated: New York, New York
       February 5, 2008

                                                               Richard J. Holwell
                                                               United States District Judge