UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08
```

DOLPHIN DRILLING LTD.,

                    Plaintiff,

-against-

EQUATOR EXPLORATION LTD.,

                    Defendant.

07 Civ. 3854 (RJH)

**ORDER**

The clerk is directed to transfer this action to the suspense docket, subject to reinstatement upon written application by either party.

SO ORDERED.

Dated: New York, New York
       April 1, 2008

                                          Richard J. Holwell
                                          United States District Judge